Patricia Garrison, Appelee, v. Stanley L. Garrison, Appellant.

Gen. No. 47,259.

First District, First Division.
December 23, 1957.
Released for publication February 10, 1958.

Arthur S. Bluestein, for appellant; Whitman and Goodman (Charles Whitman, and M. Leonard Goodman, of counsel) for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.